**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

| | |
|---|---|
| In re: | Chapter 7 |
| SANDRA MCCOY, | Case No:  25-50407 (JAM) |
| Debtor. | |

### NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE, that the undersigned attorney hereby enters an appearance in the above-captioned Chapter 7 case on behalf of Mohammad B. Hasan, pursuant to 11 U.S.C. §342(a) and Rules 2002, 2018, 3017, 9007 and 9010(b) of the Federal Rules of Bankruptcy Procedure, demands that all notices given or required to be given in this case (and in any and all adversary proceedings therein) and all papers, documents and/or pleadings filed herein, served or required to be served in this case be given or served, as the case may be, to or upon the undersigned at the office, Post Office address, email address, telephone and facsimile numbers set forth below.

PLEASE TAKE FURTHER NOTICE, that the foregoing demand includes not only the notices and papers referred to in the rules and statutes specified above but also includes, without limitation, every order, application, motion, petition, pleading, request, complaint, demand, or other document which is filed with or brought before this court or which affects the debtor or the property of the debtor or of the estate (and any and all notices of hearing with respect to any of

1

the foregoing), whether formal or informal, whether written or oral and whether transmitted or conveyed by mail delivery, telephone, telegraph, facsimile transmission, telex or otherwise.

PLEASE TAKE FURTHER NOTICE, that neither this Notice, Demand and Request nor any later appearance, pleading, claim, or suit shall waive (1) any right to have final orders in non-core matters entered only after de novo review by a District Court Judge; (2) any right to trial by jury in any proceedings so triable in this case or in any case, controversy, or proceedings related to this case; (3) any right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (4) any other rights, claims, actions, defenses, setoffs or recoupments to which Mohammad B. Hasan is or may be entitled under agreements, in law, in equity, or otherwise, all of which rights, claims, actions, defenses, setoffs and recoupments of Mohammad B. Hasan are hereby fully and expressly reserved.

Dated at Bridgeport, Connecticut, this 19th day of May, 2025.

MOHAMMAD B. HASAN,

By:   /s/ *Matthew K. Beatman*
MATTHEW K. BEATMAN (ct08923)
ZEISLER & ZEISLER, P.C.
10 Middle Street, 15th floor
Bridgeport, CT  06604
Telephone: (203) 368-4234
Facsimile: (203) 368-5475
Email mbeatman@zeislaw.com
His Attorney

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on May 19, 2025, a copy of foregoing Notice of Appearance and Demand for Service of Papers was filed electronically. Notice of this filing will be sent by e-mail to all appearing parties via the Court's electronic filing system as listed in Section 1, and on the 19th of May, 2025, by U.S. first class postage pre-paid mail on the parties listed in Section 2. Parties may access this filing through the Court's CM/ECF System.

**1.      Parties Served Via Notice through the Court's CM/ECF electronic mail system**

Andrea M. O'Connor aoconnor@ssfpc.com
U. S. Trustee, USTPRegion02.NH.ECF@USDOJ.GOV

**2.      Parties Served Via First Class Postage Pre-Paid Mail**

Sandra McCoy, 137 Scribner Avenue, Norwalk, CT 06854

By:      /s/ *Matthew K. Beatman*
          MATTHEW K. BEATMAN (ct08923)
          ZEISLER & ZEISLER, P.C.
          10 Middle Street, 15th floor
          Bridgeport, CT  06604
          Telephone: (203) 368-4234
          Facsimile: (203) 368-5475
          Email mbeatman@zeislaw.com
          His Attorney