**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**

|  |  |
|---|---|
| In re: | ) |
|  | ) |
| SANDRA MCCOY, | ) |
|  | ) |
| Debtor. | ) |
|  | ) |

CASE No.     25-50407 (JAM)
CHAPTER     7

RE: ECF No.   9

### ORDER GRANTING MOTION TO EXPEDITE HEARING AND LIMIT NOTICE REGARDING MOTION FOR RELIEF FROM STAY

On May 19, 2025, Movant Mohammad B. Hasan (the "Movant") filed a Motion to Shorten and Limit Notice (the "Motion to Expedite," ECF No. 9) pursuant to Fed. R. Bankr. P. 9006(c)(1) requesting an order expediting and scheduling a hearing and limiting notice regarding the Movant's Motion for Relief from Stay pursuant to 11 U.S.C. § 362(d)(1) (the "Motion for Relief from Stay," ECF No. 8).  It appearing that cause exists to grant the relief requested in the Motion to Expedite, it is hereby

**ORDERED:**  The Motion to Expedite is **GRANTED**; and it is further

**ORDERED:**  A hearing on the Motion for Relief from Stay will be held on June 10, 2025 at 10:30 a.m. at the United States Bankruptcy Court, 915 Lafayette Boulevard, Room 123, Bridgeport, Connecticut 06604; and it is further

**ORDERED:**  Any responses or objections to the Motion for Relief from Stay must be filed on or before June 6, 2025; and it is further

**ORDERED:**  On or before 5:00 p.m. on May 20, 2025, the Clerk's Office shall issue a Notice of Hearing on the Motion for Relief from Stay; and it is further

**ORDERED:**  On or before 5:00 p.m. on May 21, 2025, the Movant shall serve this Order and the Notice of Hearing on (i) the Debtor; (ii) the Chapter 7 Trustee; (iii) the Office of the United States Trustee; and (iv) all other appearing parties; and it is further

**ORDERED:** On or before 5:00 p.m. on May 23, 2025, the Movant shall file a certificate of service demonstrating compliance with the provisions of this Order.

Dated at Bridgeport, Connecticut this 20th day of May, 2025.

Julie A. Manning
United States Bankruptcy Judge
District of Connecticut