**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

|  |  |
|---|---|
| In re: | Chapter 7 |
| SANDRA MCCOY, | Case No: 25-50407 (JAM) |
| Debtor. | |

### CERTIFICATE OF SERVICE

The undersigned certifies that the Order Granting Motion to Expedite Hearing and Limit Notice Regarding Motion for Relief from Stay (Doc. No. 11) was served on the 20th day of May, 2025, on all appearing parties via the Court's electronic filing system as listed in Section 1 and by FedEx Priority Overnight Mail on the party listed in Section 2. Parties may access this filing through the Court's CM/ECF System.

**1.      Parties Served Via Notice through the Court's CM/ECF electronic mail system**

Andrea M. O'Connor aoconnor@ssfpc.com
U. S. Trustee, USTPRegion02.NH.ECF@USDOJ.GOV

**2.      Party Served Via FedEx Priority Overnight Mail**

Sandra McCoy, 137 Scribner Avenue, Norwalk, CT 06854

Dated: May 21, 2025, at Bridgeport, Connecticut

Respectfully Submitted,

MOHAMMAD B. HASAN

By:      /s/ *Matthew K. Beatman*
         MATTHEW K. BEATMAN (ct08923)
         ZEISLER & ZEISLER, P.C.
         10 Middle Street, 15th floor
         Bridgeport, CT  06604
         Telephone: (203) 368-4234
         Facsimile: (203) 368-5475
         Email mbeatman@zeislaw.com
         His Attorney

1